## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| MĀUI AND HECTOR'S DOLPHIN DEFENDERS NZ INC., | Case No.  1:26-cv-02462 |
| *Plaintiff* | **SUMMONS** |
| v. | |
| NATIONAL MARINE FISHERIES SERVICE<br>1315 East-West Highway<br>Silver Spring, Montgomery County, MD 20910; | |
| EUGENIO PIÑEIRO SOLER, in his official capacity as ASSISTANT ADMINISTRATOR for NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION FISHERIES<br>1315 East-West Highway<br>Silver Spring, Montgomery County, MD 20910; | |
| HOWARD LUTNICK, in his official capacity as the SECRETARY OF COMMERCE<br>1401 Constitution Avenue, NW<br>Washington, DC 20230; | |
| SCOTT BESSENT, in his official capacity as the SECRETARY OF THE TREASURY<br>1500 Pennsylvania Avenue, NW<br>Washington, DC 20220; | |
| and | |
| MARKWAYNE MULLIN, in his official capacity as the SECRETARY OF HOMELAND SECURITY<br>2707 Martin Luther King Jr. Avenue, SE<br>Washington, DC 20528, | |
| *Defendants*. | |

**TO:** The Above-Named Defendants

You are hereby summoned and required to serve on Plaintiffs' attorney, whose name and address are set out below, an answer to the complaint which is herewith served on you, within 60 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint.

*/s/ Gina Justice*
Clerk of the Court

Dated: March 24, 2026                    Respectfully submitted,

*/s/ Sabrina Devereaux*
Sabrina Devereaux
Earthjustice
810 Third Ave., Suite 610
Seattle, WA 98104
T (206) 343-7340
sdevereaux@earthjustice.org

*Attorney for Plaintiff*

2