# UNITED STATES COURT OF INTERNATIONAL TRADE

## INFORMATION STATEMENT

(*Place an "X" in applicable* ☐)

| | |
|---|---|
| **PLAINTIFF:**<br> Maui and Hector's Dolphin Defenders NZ Inc.<br><br>**ATTORNEY** (*Name, Firm, Address, Telephone Number, E-mail Address*): Sabrina Devereaux, 810 Third Ave., Suite 610, Seattle, WA 98104 (206) 343-7340<br>Christopher Eaton, 810 Third Ave., Suite 610, Seattle, WA 98104 (206) 343-7340<br>Natalie Barefoot, 180 Steuart St. #194330, San Francisco, CA 94105 (415) 217-2000 | **COURT NO.**: 1:26:cv-02462<br><br>Additional attorneys for Plaintiff:<br><br>Brett Sommermeyer, 7511 Greenwood Ave. N, #4214, Seattle, WA 98103, 206-774-0048<br>Catherine Pruett, 7511 Greenwood Ave. N, #4214, Seattle, WA 98103, 206-774-0048 |

### CONSTITUTIONAL ISSUE - 28 U.S.C. § 255

**If this action raises an issue of the constitutionality of an Act of Congress, a proclamation of the President or an Executive order, check this box:** ☐

### J U R I S D I C T I O N

**28 U.S.C. § 1581(a) - Tariff Act of 1930, Section 515 - 19 U.S.C. § 1515**

☐ Appraisal          ☐ Classification          ☐ Charges or Exactions          ☐ Vessel Repairs

☐ Exclusion          ☐ Liquidation          ☐ Drawback

☐ Refusal to Reliquidate          ☐ Rate of Duty          ☐ Redelivery

**28 U.S.C. § 1581(b) - Tariff Act of 1930, Section 516 - 19 U.S.C. § 1516**

☐ Appraisal          ☐ Classification          ☐ Rate of Duty

**28 U.S.C. § 1581(c) - Tariff Act of 1930, Section 516A(a)(1), (a)(2) or (a)(3) - 19 U.S.C. §1516a or Section 517(g) – 19 U.S.C. §1517**

(*Provide a brief description of the administrative determination you are contesting, including any relevant Federal Register or Administrative Determination citation(s) and the product(s) involved in the determination.   For Section 516A(a)(1) or (a)(2), cite the specific subparagraph and clause of the section.*)

Subparagraph and Clause _____ Agency_____

*Federal Register* or *Administrative Determination* Cite(s) _____

Product(s)_____

**28 U.S.C. § 1581(d) - Trade Act of 1974 - 19 U.S.C. §§ 2273, 2341, 2401b**

☐ U.S. Secretary of Labor          ☐ U.S. Secretary of Commerce          ☐ U.S. Secretary of Agriculture

**28 U.S.C. § 1581(e) - Trade Agreements Act of 1979, Section 305(b)(1) - 19 U.S.C. § 2515** (*Provide a brief statement of the final determination to be reviewed.*)

**28 U.S.C. § 1581(f) - Tariff Act of 1930, Section 777(c)(2) - 19 U.S.C. § 1677f(c)(2)**

Agency:    ☐ U.S. International Trade Commission          ☐ Administering Authority

**28 U.S.C. § 1581(g) - Tariff Act of 1930, Section 641 - 19 U.S.C. § 1641 - or Section 499 - 19 U.S.C. § 1499**

☐ Sec. 641(b)(2)          ☐ Sec. 641(b)(3)          ☐ Sec. 641(c)(1)          ☐ Sec. 641(b)(5)

☐ Sec. 641(c)(2)          ☐ Sec. 641(d)(2)(B)          ☐ Sec. 499(b)

**JURISDICTION**
(Continued)

---

**28 U.S.C. § 1581(h) - Ruling relating to:**

☐ Classification    ☐ Valuation    ☐ Restricted Merchandise

☐ Rate of Duty    ☐ Marking    ☐ Entry Requirements

☐ Drawbacks    ☐ Vessel Repairs    ☐ Other: _____

_____

---

**28 U.S.C. § 1581(i) -** *(Cite any applicable statute and provide a brief statement describing jurisdictional basis.)*

Jurisdiction is proper pursuant to 28 U.S.C. § 1581(i)(1)(C) because Plaintiff seeks "embargoes or other quantitative restrictions on the importation of merchandise for reasons other than the protection of the public health or safety." This action arises under the Marine Mammal Protection Act, 16 U.S.C. § 1371(a)(2), and the Administrative Procedure Act, 5 U.S.C. §§ 701 et seq., and seeks relief requiring Defendants to implement an embargo on certain fish and fish products.

---

**28 U.S.C. § 1582 - Actions Commenced by the United States**

☐ (1) Recover civil penalty under Tariff Act of 1930:

☐ Sec. 592    ☐ Sec. 593A    ☐ Sec. 641(b)(6)

☐ Sec. 641(d)(2)(A)    ☐ Sec. 704(i)(2)    ☐ Sec. 734(i)(2)

☐ (2) Recover upon a bond

☐ (3) Recover customs duties

---

**R E L A T E D    C A S E (S)**

To your knowledge, does this action involve a common question of law or fact with any other action(s) previously decided or now pending?

|  | PLAINTIFF | COURT NUMBER | JUDGE |
|---|---|---|---|
| ☒ Decided: | Maui and Hector's Dolphin Defenders NZ Inc. | 24-cv-00218 | Hon. Jennifer Choe-Groves |
|  | Sea Shepherd New Zealand and Sea Shepherd Conservation Society | 20-cv-00112-GSK | Hon. Gary S. Katzmann |
| ☐ Pending: |  |  |  |

(Attach additional sheets, if necessary.)

_____
*Signature of Plaintiff's Attorney*

3/24/2026
_____
*Date*

(As amended, eff. Jan. 1, 1985; Jan. 25, 2000, eff. May 1, 2000; May 25, 2004, eff. Sept. 1, 2004; Nov. 29, 2005, eff. Jan. 1, 2006; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 4, 2012, eff. Jan. 1, 2013; Sept. 18, 2018, eff. Oct. 15, 2018; Oct. 23, 2025, eff. Dec. 1, 2025.)